**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  23-cr-251-RM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  XAVIER DREW;
    *a/k/a "Flock",*
    *a/k/a "Billy",*

 Defendant.

---

**INDICTMENT**

---

The Grand Jury charges:

## COUNT 1

From on or about October of 2022, up to and including on or about April 27, 2023, in the State and District of Colorado and elsewhere, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree, with interdependence, to distribute and to possess with the intent to distribute: 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance; and 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi) and (b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about November 30, 2022, in the State and District of Colorado, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, did knowingly use and carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely a violation of Title 21, United States Code, Section 846, as alleged in Count 1 herein, and did possess a firearm in furtherance of that same offense.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3

On or about February 3, 2023, in the State and District of Colorado, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, did knowingly possess and transfer machineguns, specifically Glock conversion devices, as defined in Title 26, United States Code, Section 5845(b).

All in violation of Title 18, United States Code, Sections 922(o).

## COUNT 4

On or about March 1, 2023, in the State and District of Colorado, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, did knowingly possess and transfer machineguns, specifically Glock conversion devices, as defined in Title 26, United States Code, Section 5845(b).

All in violation of Title 18, United States Code, Sections 922(o).

**Forfeiture Allegation**

The allegations contained in Counts 1 through 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c). Upon conviction of the violations alleged in Counts 1 through 4 of this Indictment involving violations of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi), (b)(1)(A)(viii) and 846; Title 18, United States Code, Section 924(c)(1)(A)(i); and Title 18, United States Code, Sections 922(o) and 924(a)(2), defendant XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the defendants' right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offenses, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, in addition to any firearms and ammunition involved in the offenses pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), including, but not limited to:

1. A money judgment in the amount of proceeds obtained by defendants; and

2. Any and all firearms, firearms accessories and ammunition seized in connection with this investigation.

If any of the property described in the paragraphs above, as a result of any act or omission of the defendants:

    a)     cannot be located upon the exercise of due diligence;
    b)     has been transferred or sold to, or deposited with, a third party;
    c)     has been placed beyond the jurisdiction of the Court;
    d)     has been substantially diminished in value; or
    e)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

        A TRUE BILL:


        <u>Ink signature on file in Clerk's Office</u>
        FOREPERSON


COLE FINEGAN
United States Attorney

By: <u>*s/ Bradley W. Giles*</u>
Bradley W. Giles
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail: Bradley.giles@usdoj.gov
Attorney for Government

4